UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ARTURAS GILYS,

　　　　　　　　　　　Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/7/2022_

21 Cr. 295-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　The status conference scheduled for November 7, 2022, as to Defendant Gilys, is ADJOURNED *sine die*. The Court shall hold a change of plea hearing for Defendant Gilys on **November 15, 2022,** at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

　　SO ORDERED.

Dated: November 7, 2022
　　　　New York, New York

_____
ANALISA TORRES
United States District Judge