**BARNES & THORNBURG** LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/3/2023__
```

Lawrence Gerschwer
Partner
Lawrence.Gerschwer@btlaw.com

March 2, 2023

<u>*Via ECF*</u>
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *U.S. v. Korzha et al.*, 21-cr-295 (AT) – Sentencing Hearing

Dear Judge Torres,

    On behalf of our CJA client Arturas Gilys, we respectfully request that the Court adjourn the sentencing hearing, currently scheduled for March 28, 2023 at 3:30 pm, to March 31, 2023, at a time that is convenient to the Court after 10:30 a.m. The Government, and counsel for co-defendants Stanislav Tunkevic and Karol Kaminski consent to this request and have confirmed that they are available on March 31 after 10:30 a.m., so we do not expect that there will be any additional requests for an adjournment if the Court is able to accommodate this request

                                  Sincerely,

                                    /s/ *Lawrence Gerschwer*
                                  Lawrence Gerschwer
                                  Julia R. Livingston
                                  BARNES & THORNBURG LLP

    DENIED. Sentencing will proceed as scheduled on **March 28, 2023**, at **3:30 p.m.**

    SO ORDERED.

Dated: March 3, 2023
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge